JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
    25350 Magic Mountain Pkwy Suite 300
    Valencia, CA   91355
    Tel:   (818) 905 6611
    Fax:   (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA G. GELLER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant | Case No.   2:22-cv-06437-SB-KES<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5,900.00 under 28 U.S.C. § 2412(d), and costs are awarded in the amount of $402.00 under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated:   September 28, 2023

*Karen E. Scott*
HON. KAREN E. SCOTT
U.S. Magistrate Judge